UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) NO. 3:21-00216 |
| v. | ) |
| | ) |
| | ) |
| KENAN LISTER | ) |

## MOTION TO SEAL INDICTMENT

The United States of America, by and through Mary Jane Stewart, Acting United States Attorney, and the undersigned Assistant United States Attorney, hereby moves this Court to seal the indictment in this case.

Kenan Lister, a former corrections officer, who was charged in an indictment returned today, is charged with two counts of 18 U.S.C. § 242 (violation of rights under color of law—bodily integrity—and deliberate indifference regarding medical care) and one count of 18 U.S.C. §1519 (obstruction—falsified document) for assaulting an inmate that resulted in serious bodily injury and writing a false incident report.

The Defendant, who has firearms training and firearms, may not be arrested for several days in conjunction with this indictment and poses a flight risk and a danger to law enforcement officers who will be effecting his arrest. Further, given the nature of their charges, there is also a risk that the Defendant may destroy evidence if he becomes aware of this indictment prior to his arrest.

WHEREFORE, for the above reasons, the United States respectfully requests the indictment be sealed as described in the attached proposed Order.

> Respectfully submitted,
>
> MARY JANE STEWART
> Acting United States Attorney
> Middle District of Tennessee
>
> */s Sara Beth Myers*
> Sara Beth Myers
> Assistant United States Attorney
> 110 9th Avenue South - Suite A-961
> Nashville, Tennessee 37203
> Telephone: (615) 736-5151