UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-216 |
| | ) | Judge Trauger |
| KENAN LISTER | ) | |

## POSITION OF THE UNITED STATES REGARDING PRESENTENCE REPORT

The United States of America, by and through its attorneys, the United States Attorney for the Middle District of Tennessee and the Assistant Attorney General of the Civil Rights Division, hereby provides its position regarding the Revised Presentence Investigation Report ("PSR") and sentencing for defendant Keenan Lister.

The United States does not have any objections to the defendant's PSR. The defendant's total offense level is 24, and his Criminal History Category is Category I, which places the defendant in the advisory Guidelines custodial range of 51-63 months.

The defendant has not provided the United States with objections to the PSR. If the defendant does so file, the United States reserves the right to respond.

        Respectfully submitted,

        HENRY C. LEVENTIS
        United States Attorney for the
        Middle District of Tennessee

        s/ Amanda J. Klopf_____
        Amanda J. Klopf
        Assistant United States Attorney
        791 Church St, Suite 3300
        Nashville, Tennessee 37203
        Phone: 615-736-5151

        KRISTEN M. CLARKE
        ASSISTANT ATTORNEY GENERAL

        *s/ Michael Songer*_____
        Special Litigation Counsel

Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
202-305-1762 phone
202-514-6588 fax

<u>Certificate of Service</u>

  The undersigned hereby certifies that the foregoing was served through the Court's Electronic Filing System on Murdoch Walker II and Serguel Mawuko Akiti, Attorneys for defendant Lister, on September 11, 2023.

               *<u>s/ Amanda J. Klopf</u>*
               AMANDA J. KLOPF
               Assistant United States Attorney