## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:21-CR-000216-001 |
| | ) | |
| KENAN LISTER | ) | |

**DEFENDANT'S POSITION REGARDING PRESENTENCE REPORT**

Mr. KENAN LISTER respectfully submits that he has reviewed the final PSR (dated September 8, 2023) and does not have any formal objections to the guidelines range set forth therein, however he believes that the guidelines as calculated overrepresent the offense conduct. Consequently, he notifies this Court that he will be requesting a variance through a forthcoming sentencing memorandum.

Date:          October 19, 2023

Respectfully submitted,

_s/ Katryna Lyn Spearman, Esq._
Katryna Lyn Spearman, Esq.
Ga. Bar #616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, GA 30303
T 404.496.4052 | F 866.380.1782
http://www.lowtherwalker.com

Attorney for Defendant
Kenan Lister

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA )
)
    v. )      3:21-CR-000216-001
)
KENAN LISTER )

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2023, I electronically filed the foregoing

DEFENDANT'S POSITION REGARDING PRESENTENCE REPORT with the

Clerk of the United States District Court for the Middle District of Tennessee by

way of the CM/ECF system, which automatically will serve this document on

the attorneys of record for the parties in this case by electronic mail.

Date:       October 19, 2023

                          Respectfully submitted,


                          **_s/ Katryna Lyn Spearman, Esq._**
                          Katryna Lyn Spearman, Esq.
                          Ga. Bar #616038
                          kspearman@lowtherwalker.com

                          Lowther | Walker LLC
                          101 Marietta St. NW, Ste. 3325
                          Atlanta, GA 30303
                          T 404.496.4052 | F 866.380.1782
                          http://www.lowtherwalker.com